1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

9   GLORIA WHITTINGTON,                       Case No.  1:16-cv-01905-AWI-SKO

10                  Plaintiff,                 **ORDER DIRECTING CLERK TO CLOSE CASE**

11                                             **(Doc. 5)**

12          v.

13   DIRECT DIGITAL, LLC,

14                  Defendant.
                                          _____/
15   _____

16

17          Plaintiff has filed a Notice of Dismissal of Action Without Prejudice.  (Doc. 5.)  Plaintiff

18   filed this notice before Defendant filed an answer or a motion for summary judgment.  This action

19   is therefore dismissed without prejudice pursuant to Federal Rule of Civil Procedure

20   41(a)(1)(A)(i).  Accordingly, the Court DIRECTS the Clerk to close this case.

21

22
     IT IS SO ORDERED.
23

24   Dated:   **January 17, 2017**                    /s/ *Sheila K. Oberto*

25                                             UNITED STATES MAGISTRATE JUDGE

26
27
28